**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

REBECCA DIANE THEIS                                                                                    PLAINTIFF

v.                                              No. 3:10CV00193 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the Commissioner of the Social Security Administration is reversed, and this action is remanded for further proceedings. This is a sentence four remand.

IT IS SO ORDERED this 1st day of July, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE